No. 87–5255.  BEJARANO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 87–5260.  WILLIAMS v. BROWN.  C. A. 6th Cir.  Certiorari denied.

No. 87–5262.  BULLED v. GRIFFIN ET AL.  C. A. 11th Cir. Certiorari denied.

No. 87–5263.  BRYAN v. WARDEN, INDIANA STATE REFORMATORY.  C. A. 7th Cir.  Certiorari denied.

No. 87–5264.  FOSTER v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 87–5270.  MARTIN v. TOWNSEND ET AL.  C. A. 3d Cir. Certiorari denied.

No. 87–5271.  ROMERO-ROMERO v. UNITED STATES; and
No. 87–5281.  GOMEZ-PARRA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 87–5274.  MASON v. BRASHER ET AL.  C. A. 6th Cir. Certiorari denied.

No. 87–5275.  SHIPLEY v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 87–5276.  EAGLE ELK v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 87–5278.  McGILL v. NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 87–5279.  WALLACE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 87–5280.  ZATKO v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 87–5282.  PINKINS v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 87–5285.  STEWART v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.